### GEORGE PULLEY v. STATE.

No. A-611.   Opinion Filed June 20, 1911.

Appeal from Superior Court, Muskogee County; Farrar L. McCain, Judge.

George Pulley was convicted of violating the prohibitory law, and appeals.   Reversed and remanded.

G. W. Wheatley, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for defendant in error.

PER CURIAM.   This is a companion case to case No. A-515, **J. C. Collins, plaintiff in error, v. State of Oklahoma, defendant in error,** 5 Okla. Cr. 254, and for the reasons given in that opinion this cause will be reversed and remanded for a new trial.

### R. E. KEITH v. STATE.

No. A-612.   Opinion Filed June 20, 1911.

Appeal from Superior Court, Muskogee County; Farrar L. McCain, Judge.

R. E. Keith was convicted of violating the prohibitory law, and appeals.   Reversed and remanded.

G. W. Wheatley, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for defendant in error.

PER CURIAM.   This is a companion case to case No. A-515, **J. C. Collins, plaintiff in error, v. State of Oklahoma, defendant in error,** 5 Okla. Cr. 254, and for the reasons given in that opinion this cause will be reversed and remanded for a new trial.